People ex rel Mills v Wolcott

2026 NY Slip Op 02574

April 24, 2026

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This decision is uncorrected and subject to revision before publication in the Official Reports.

THE PEOPLE OF THE STATE OF NEW YORK EX REL. RICHARD F. MILLS, PETITIONER-APPELLANT,

v

J. WOLCOTT, SUPERINTENDENT, ATTICA CORRECTIONAL FACILITY, RESPONDENT-RESPONDENT.

Supreme Court of the State of New York, Appellate Division, Fourth Judicial Department

Decided on April 24, 2026

370 KAH 25-00481

Present: Lindley, J.P., Curran, Ogden, Greenwood, And Delconte, JJ.

ERICKSON WEBB SCOLTON & HAJDU, LAKEWOOD (LYLE T. HAJDU OF COUNSEL), FOR PETITIONER-APPELLANT.

Appeal from a judgment of the Supreme Court, Wyoming County (Terrence M. Parker, A.J.), dated December 18, 2024, in a habeas corpus proceeding. The judgment denied the petition.

[*1]

It is hereby ORDERED that the judgment so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court.

Entered: April 24, 2026

Ann Dillon Flynn

Clerk of the Court